IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kyle M. Parks,

      Plaintiff,

      v.                        Case No. 2:18-cv-924

Special Agent Ryan
Scheiderer,

      Defendant.

ORDER

    This is a civil rights action brought by Kyle M. Parks, a federal inmate, against Special Agent Ryan Scheiderer. On August 21, 2018, the magistrate judge issued an order and notice of deficiency, directing plaintiff to pay the requisite filing fee or an application to proceed in forma pauperis within thirty days. Plaintiff failed to respond to this notice. On September 27, 2018, the magistrate judge issued a second order and notice of deficiency directing plaintiff to submit the requisite filing fee or an application for leave to proceed in forma pauperis within thirty days. This notice advised plaintiff that failure to comply with the order would result in a recommendation that this action be dismissed for failure to prosecute. Plaintiff failed to respond to this order.

    This matter is before the court for consideration of the November 6, 2018, report and recommendation of the magistrate judge, which recommended that plaintiff's claims be dismissed for failure to prosecute. The report specifically advised plaintiff that objections to the report and recommendation were due within fourteen days, and that the failure to object to the report and recommendation "will result in a waiver of the right to de novo

review by the District Judge and waiver of the right to appeal the judgment of the District Court." Doc. 5, p. 2. The time period for filing objections to the report and recommendation has expired, and no objections to the report and recommendation have been filed.

Accordingly, the court adopts the report and recommendation (Doc. 5). This action is dismissed without prejudice for failure to prosecute.


Date: November 28, 2018          _____s/James L. Graham_____
                                 James L. Graham
                                 United States District Judge